Case 2:23-cv-00294-JMS-MJD   Document 1   Filed 06/14/23   Page 1 of 4 PageID #: 1

FILED
06/14/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1.

2:23-cv-294-JMS-MJD

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

| United States District Court | District | Southern District of Indiana |
|---|---|---|

| Name | Prisoner No. | Case No. |
|---|---|---|
| Ralph Hernandez | 988362 | WVE-23-05-0002 |

Place of Confinement: Wabash Valley Correctional Facility (WVCF), 6908 S. Old US Hwy 41; P.O. Box 1111, Carlisle, Indiana 47838-1111

Name of Petitioner (include name under which convicted)   Name of Respondent (authorized person having custody of petitioner)

Ralph Hernandez   v.   Frank Vanihel

The Attorney General of the State of Indiana

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Wabash Valley Correctional Facility, 6908 S. Old US Hwy 41; P.O. Box 1111, Carlisle, IN. 47838-1111

2. Date of Guilt determination: 5-04-2023

3. Sanctions imposed: A.) Written Reprimand; B.) GTL Tablet Messages Loss from 5-04-23 to 6-01-23; C.) Earned Credit time deprivation - 90 days;

4. Nature of rule infractions involved (all counts): Possession or Use of A Controlled Substance or Controlled Substance Analog; Code # B-202

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   (a) Screening Officer Hearing ☐
   (b) Full Hearing ☑

7. Did you testify at your disciplinary hearing?
   Yes ☑   No ☐   Stated: "I'm Guilty."

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   ▮▮▮   No ☑

pg. 1 of 4

T5

— Possession of a Control Substance —

9. If you did appeal, answer the following: **No**

   (a) Name and title of Reviewing Authority: **N/A**

   (b) Result _____

   (c) Date of result _____

   (d) Grounds raised _____

   _____

   _____

   _____

   (e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

   (1) Name and title of Higher Reviewing Authority: **N/A**

   (2) Result _____

   (3) Date of result _____

   (4) Grounds raised _____

   _____

   _____

   _____

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?
    Yes ☐   No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court **N/A**

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    _____

    _____

    _____

page 2. of 4

T5

1. ~~Possession of a Control Substance~~

12  State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 1057 (7th Cir. 1990) prior to filing this petition.

**Due Process Violation:**

(A) GROUND ONE: The ~~RH~~ physical evidence that the WVCF- Correctional Officers Neal and Bartusch use as their evidence is One B/w photo of a folded piece of paper.

SUPPORTING FACTS (state *briefly* without citing cases or law) The Evidence Record photo in this Case # WVC-23-05-0002, only shows a small piece of folded paper, that's all it shows.
    The photo does not show Any kind of "White Crystallized Substance", as alleged in the written Report of Conduct.
    ( See Exhibit A )

**Due Process:** (B) GROUNT TWO: All to Often, the WVCF - field tests of any kind of "drugs", usually comes up as "False ●Positive". Because the field-tests are the Cheapest tests.

SUPPORTING FACTS (state *briefly* without citing cases or law) When a WVCF - field test comes up "Positive" of any kind of alleged drugs, the next step of the WVCF is to then send it out to the Indiana State Police Crime Lab so that they can ~~RH~~ ~~RH~~ perform their own test on it. This is known as a Confirmation Drug Test. In this Case, the WVCF field test was never sent to the Indiana State Police Crime Lab to be Confirmed or not. That is standard procedure.

(C) GROUNT THREE: I plead guilty only under duress.

**Due Process:** SUPPORTING FACTS (state *briefly* without citing cases or law) That night WVCF - Correctional Officers Neal and Bartusch Wrote 2 Exact Write-ups for ~~RH~~ Possession or Use of A Controlled Substance, Code B-202; One for Ralph Hernandez, and another for his Cell-Mate.
    The Officers stated that if one of them didn't plead guilty to the folded piece of paper, then BOTH of them would be Charged with the Write-up.
    Under duress, Prisoner Ralph Hernandez, pleaded guilty, to save his Cell-mate. This happens all the time here at the Wabash Valley Correctional Facility.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

Only Under duress, Prisoner Ralph Hernandez, pleaded guilty to this Case, to Save his Cell-mate. Hernandez didn't want to see his Cell-mate Lose his prison Job and privleges.

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

Yes ☐   No ☑

15. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

(a) At Disciplinary hearing: N/A

(b) At Institutional Level Appeal: N/A

(c) At I.D.O.C. Level Appeal: N/A

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

x _____
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on

x  5-31-2023
     DATE

x _____
Signature of Petitioner

pg. 4. of 4.

T5