UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RALPH HERNANDEZ, | ) |
| *Petitioner*, | ) |
| v. | ) 2:23-cv-00294-JMS-MJD |
| FRANK VANIHEL, | ) |
| *Respondent*. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT**. Ralph Hernandez's Petition for a Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

Date: 9/19/2024

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___*[signature]*___
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

Ralph Hernandez
988362
WABASH VALLEY – CF
WABASH VALLEY CORRECTIONAL FACILITY
Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838